# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**GRAIG IVAN GILBERT,**

    **Plaintiff,**

v.                                           Case No. 1:17cv234-MW/CAS

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk is directed to **TRANSFER** the case file, including any service copies and pending motions, to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, for all further proceedings. The Clerk shall take all steps necessary to effect the transfer and close the file.

**SO ORDERED on October 24, 2017.**

                                           s/Mark E. Walker           
                                           **United States District Judge**